

# THE THIRTEENTH COURT OF APPEALS

13-15-00150-CV

Tracie Marie Scheffler f/k/a Tracie Marie Parson
v.
Paul Michael Parson

On Appeal from the
81st District Court of Wilson County, Texas
Trial Cause No. 10-10-0579-CVW

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

October 8, 2013